[No. 5644–9–III.   Division Three.   June 28, 1984.]

FABIAN T. ANDRES, ET AL, *Appellants,* v. LOYD J. BORJESSAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–2–04616–5, William J. Grant, J., entered January 17, 1983. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5503–5–III.   Division Three.   June 28, 1984.]

*In the Matter of the Estate of*
FRANK S. SHAUGHNESSY.

VIRGINIA KEZELE, *Appellant,* v. NEIL P. CRONIN, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–4–01478–0, Willard A. Zellmer, J., entered November 9, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5574–4–III.   Division Three.   June 28, 1984.]

RAINIER NATIONAL BANK, *Plaintiff,* v. CARROLL PAUL KLEIN, ET AL, *Respondents,* J. GILBERT OELLRICH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 81–2–00216–2, Yancey Reser, J., entered December 22, 1982. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.